United States District Court
Southern District of Texas
**ENTERED**
March 23, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GEORGE GINDO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-01745 |
| | § | |
| AECOM TECHNOLOGY CORP., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Plaintiff George N. Gindo's appeal of the denial of worker's compensation benefits under the Longshore and Harbor Worker's Compensation Act, as extended in the Defense Base Act, for injuries resulting from his employment with Defendant AECOM Technology Corp. ("AECOM") in warzone Iraq. This case was referred to United States Magistrate Judge Dena Hanovice Palermo for a report and recommendation on September 20, 2019. ECF No. 18.

On February 28, 2022, Judge Palermo issued a Report and Recommendation (R&R). ECF No. 27. Defendants Aecom Technology Corp. and Continental Insurance Company filed objections on March 14, 2022. ECF No. 28. Plaintiff filed a response to those objections on March 23, 2022. ECF No. 33. The Court held a hearing on March 23, 2022.

As required by 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the portions of the R&R to which Defendants have objected. However, the Court agrees with the conclusions, and the reasoning, of the R&R. Accordingly, the Court hereby

1

**OVERRULES** Defendants' objections to the R&R and **ADOPTS** the R&R in full. Plaintiff's case is hereby **REMANDED** to the ALJ for a redetermination consistent with the R&R.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 23rd day of March, 2022.

_____
KEITH P. ELLISON
UNITED STATE DISTRICT JUDGE